1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                        UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  08MJ1147
                                       )
11          Plaintiff,                 )
                                       )
12  v.                                 )  **NOTICE OF ATTORNEY APPEARANCE**
                                       )
13  JESUS REBOLLOS-BRAVO,              )
                                       )
14          Defendant.                 )
                                       )
15  _____  )

16         Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                                          Respectfully submitted,

20

21  Dated: April 18, 2008                   /s/ Hanni M. Fakhoury
                                            HANNI M. FAKHOURY
22                                          Federal Defenders of San Diego, Inc.
                                            e-mail: Hanni_Fakhoury@fd.org
23                                          Attorneys for Defendant

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3   information and belief, and that  a copy of the foregoing document has been served this day upon:

4   U S Attorneys Office Southern District of California
    880 Front Street
5   Room 6293
    San Diego, CA 92101
6   (619)557-5610
    Fax: (619)557-5917
7   Email: Efile.dkt.gc2@usdoj.gov

8

9   DATED:  April 18, 2008                     /s/ Hanni M. Fakhoury
                                               HANNI M. FAKHOURY
10                                             e-mail: Hanni_Fakhoury@fd.org

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28